# Exhibit B

GREEN HOUSE
SOLAR & AIR INC.
844-98-SOLAR
14451 60th St.
Clearwater, FL 33760
www.greenhousesolarandair.com

Feb. 1st, 2021

Green House will be providing reduced red lines to Glyde Solar on all future sales once agreed. We've reduced our red line in exchange for becoming Glyde Solar's go to install partner throughout Florida. We have reduced the adders and enclosed them below. Glyde Solar agrees to provide Green House first look on all jobs throughout Florida. By signing this agreement you agree to the new pricing and terms.

Red Line Products:

REDACTED

*See adder list attached for additional services and fees

Jack Elbaum
Jack Elbaum (Feb 2, 2021 12:50 MST)

Brad leeflang
Brad leeflang (Feb 2, 2021 15:29 MST)

Sincerely,
Dana Whipple

GREEN HOUSE
SOLAR & AIR INC.

REDACTED

# 2.1.21 Redline Pricing Glyde

Final Audit Report 2021-02-02

| | |
|---|---|
| Created: | 2021-02-01 |
| By: | Dana Whipple (dana@gh.solar) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcRjNx9EHLbswm7JH6nnamv9XBJ5pQ4XW |

## "2.1.21 Redline Pricing Glyde" History

Document created by Dana Whipple (dana@gh.solar)
2021-02-01 - 9:48:05 PM GMT- IP address: 97.96.192.126

Document emailed to Jack Elbaum (jack@glydesolar.com) for signature
2021-02-01 - 9:49:16 PM GMT

Email viewed by Jack Elbaum (jack@glydesolar.com)
2021-02-02 - 7:13:58 PM GMT- IP address: 50.208.246.33

Document e-signed by Jack Elbaum (jack@glydesolar.com)
Signature Date: 2021-02-02 - 7:50:54 PM GMT - Time Source: server- IP address: 50.208.246.33

Document emailed to Brad leeflang (brad@glydesolar.com) for signature
2021-02-02 - 7:50:57 PM GMT

Email viewed by Brad leeflang (brad@glydesolar.com)
2021-02-02 - 9:47:27 PM GMT- IP address: 50.208.246.33

Document e-signed by Brad leeflang (brad@glydesolar.com)
Signature Date: 2021-02-02 - 10:29:22 PM GMT - Time Source: server- IP address: 50.208.246.33

Agreement completed.
2021-02-02 - 10:29:22 PM GMT