# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GLYDE SOLAR, LLC,**

    **Plaintiff,**

v.                                            **Case No. 8:21-cv-2731-CEH-AAS**

**GREEN HOUSE SOLAR AND AIR, INC.,**

    **Defendant.**

_____/

## ORDER

Plaintiff Glyde Solar, LLC (Glyde Solar) moves to file its Motion to Exclude Expert Testimony of Alan I. Blass under seal. (Doc. 43). Defendant Green House Solar and Air, Inc. (Green House) does not oppose the motion. (*Id.* at p. 4).

The public has a common-law right of access to judicial proceedings, which includes the right to inspect and copy public records and court documents. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F. 3d 1234, 1246 (11th Cir.

1

2007).

The Expert Report and testimony of Mr. Blass contains sensitive financial information, including customer financial information, Green House's financial information, Green House pricing information, information regarding Green House's solar production costs, and other competitively sensitive commercial and financial information. There is good cause to file this private commercial and financial information under seal.

Accordingly, Glyde Solar's motion to file its Motion to Exclude Expert Testimony of Alan I. Blass under seal (Doc. 43) is **GRANTED**. Absent a future order to the contrary, this document will remain under seal until ninety days after the case is closed and all appeals exhausted. *See* Local Rule 1.11, M.D. Fla.

**ORDERED** in Tampa, Florida on March 30, 2023.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge